In the Matter of COLLEEN KANE-DABU, Appellant, v FERDINAND DABU, Respondent. [747 NYS2d 809]

The Family Court, although, in effect, finding that it had jurisdiction, providently exercised its discretion in determining that New York is an inconvenient forum for resolution of the issues raised in the proceeding (*see* Domestic Relations Law § 75-h).

The petitioner's remaining contentions are without merit. Altman, J.P., Goldstein, H. Miller and Rivera, JJ., concur.